**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Solomon O. Adelaja v. Teresa Ramirez Adelaja

Appellate case number:   01-14-00141-CV

Trial court case number:  2013-15019

Trial court:                     246th District Court of Harris County

On June 12, 2014, Teresa Ramirez Adelaja filed a Motion to Dismiss For Failure to Attend Court-Ordered Mediation. The motion is **DENIED**.

The clerk's record was previously filed in April, and the reporter's record was filed on June 11, 2014. Appellant's brief is due July 11, 2014. *See* TEX. R. APP. P. 38.6(a)(2). Appellee's brief will be due 30 days from the date appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.


Judge's signature: /s/ Rebeca Huddle
                             ⊠  Acting individually      ☐  Acting for the Court


Date:  June 19, 2014